IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**RAMIRO ESPINOZA FRIAS,**<br><br>Defendant | **NO. 5: 06-MJ-05-11 (CWH)**<br><br>VIOLATION: 8 U.S.C. §1326(a)(2) & (b)(2) |

## ORDER ON PRELIMINARY EXAMINATION

Defendant **RAMIRO ESPINOZA FRIAS** this day appeared before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, for a **PRELIMINARY EXAMINATION** under provisions of Rule 5.1 of the Federal Rules of Criminal Procedure. He was represented by Mr. Lester Miller of the Macon Bar; the United States was represented by Assistant United States Attorney George Christian, with Assistant U. S. Attorney Tamara Jarrett interpreting.

After consideration of the proffer and argument made by counsel for the government, the defendant making no proffer or argument, the undersigned finds that PROBABLE CAUSE does exist that the offenses set forth in the Criminal Complaint filed herein on May 19, 2006, to-wit: 8 U.S.C. §1326(a)(2) and (b)(2), have been committed as set forth in said complaint, and that defendant **RAMIRO ESPINOZA FRIAS** did commit said offenses as charged therein.

THEREFORE, IT IS ORDERED AND ADJUDGED that this matter be referred to a GRAND JURY of this district for further proceedings as required by law.

SO ORDERED, this 23rd day of MAY, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE